In the MATTER OF a Member of the Bar of the Supreme Court of the State of Delaware: Wheeler K. NEFF, Respondent.

No. 533, 2017

Supreme Court of Delaware.

Submitted: December 13, 2017

Decided: December 19, 2017

ODC File No. 112854–B

Suspended.

Beth TAYLOR, Petitioner Below, Appellant,

v.

Oliver TRAINOR, Jr., Respondent Below, Appellee.

No. 222, 2017

Supreme Court of Delaware.

Submitted: December 6, 2017

Decided: December 20, 2017

Court Below: Family Court of the State of Delaware, File No. CN09–04596, Petition No. 09–27761

AFFIRMED.

Daniel M. WOODS, Plaintiff Below, Appellant,

v.

Matt DENN, Attorney General; Colonel Nathaniel McQueen, Jr., Delaware State Police; Detective Harris; Detective Deflaviis; David Pierce, Warden, J.T.V.C.C.; GTL Human Resources; Correct Care Solutions, Defendants Below, Appellees.

No. 505, 2017

Supreme Court of Delaware.

Submitted: December 13, 2017

Decided: December 20, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N17C–05–197

DISMISSED.

Robert PIPER, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 518, 2017

Supreme Court of Delaware.

Submitted: December 18, 2017

Decided: December 20, 2017

Court Below—Court of Common Pleas of the State of Delaware, Cr. ID No. 1705008720 (S)

DISMISSED.